Irving COHEN and Sol Jaffee, Appellants, v. UNITED STATES of America, Appellee.

No. 11459.

Circuit Court of Appeals, Ninth Circuit.

Jan. 3, 1948.

Morris Lavine, of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., and Ernest A. Tolin and William Strong, Asst. U. S.

Attys., all of Los Angeles, Cal., and Tobias G. Klinger, Sp. Asst. to U. S. Atty., of Washington, D. C., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.